[No. 33719-0-I.    Division One.    January 17, 1995.]

MICHAEL D. HELGREN, ET AL, *Respondents*, v. PHYLLIS
LUI, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-11124-1, Mary Wicks Brucker, J., entered
October 21, 1993. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Baker, A.C.J., and Grosse, J.

[No. 33831-5-I.    Division One.    January 17, 1995.]

WITCO CHEMICAL CORPORATION, *Appellant*, v. KEY
BANK OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-17414-4, Nancy A. Holman, J., entered
November 17, 1993. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Baker, A.C.J., and Grosse, J.

[No. 33445-0-I.    Division One.    January 17, 1995.]

JOHN BRUNS, ET AL, *Appellants*, v. PACCAR, INC.,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-05367-5, Charles W. Mertel, J., entered
October 1, 1993. *Reversed* by unpublished opinion per
Coleman, J., concurred in by Pekelis, C.J., Scholfield, J. Pro
Tem., dissenting. Now published at 77 Wn. App. 201.

[No. 33546-4-I.    Division One.    January 17, 1995.]

VIKING INSURANCE COMPANY OF WISCONSIN,
*Respondent*, v. FREDERICK M. WISE, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-11757-4, Nancy A. Holman, J., entered
September 21, 1993. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Baker, A.C.J., and Grosse, J.